■ In the Matter of WESTCHESTER CHAPTER CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 860, Appellant, v VILLAGE OF PELHAM et al., Respondents.—In a proceeding pursuant to CPLR article 78 to compel respondents to reinstate nine individuals to their job positions with the Village of Pelham, petitioner appeals from a judgment of the Supreme Court, Westchester County, dated December 28, 1978, which dismissed the petition on the merits. Judgment affirmed, with $50 costs and disbursements. We agree with Special Term's holding that the 1975-1976 collective bargaining agreement between the petitioner and the respondent village did not contain a job security clause protecting sanitation department personnel from the abolishment of their positions (see *Matter of Board of Educ. v Yonkers Federation of Teachers*, 40 NY2d 268; *Yonkers School Crossing Guard Union of Westchester Ch., CSEA v City of Yonkers*, 39 NY2d 964; *Matter of Burke v Bowen*, 40 NY2d 264). Damiani, J. P., O'Connor, Lazer and Rabin, JJ., concur.

■ In the Matter of CAROL Y., Respondent, v JERRY K., Appellant. (And a Similar Proceeding.)—In a paternity proceeding, the purported father appeals from (1) (by permission) an order of the Family Court, Dutchess County, dated September 15, 1978, which found him to be the father of a child born out of wedlock; (2) an order of the Family Court, Ulster County, dated December 18, 1978, which directed him to pay $25 per week for support of said child; and (3) (by permission), a further order of the Family Court, Dutchess County, dated March 6, 1979, which directed him to pay a total of $1,000 to petitioner for appellate counsel fees. Orders dated September 15, 1978 and December 18, 1978, affirmed. Order dated March 6, 1979, modified, on the facts, by reducing the award of appellate counsel fees to $500. As so modified, order affirmed. The petitioner is awarded one bill of costs to cover all appeals. The counsel fee award was excessive to the extent indicated. Hopkins, J. P., Lazer, Rabin and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARC B., Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed January 25, 1978, upon his adjudication as a youthful offender. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., Shapiro, Cohalan and Martuscello, JJ., concur.